AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN   DISTRICT OF   CALIFORNIA

**APPEARANCE**

Case Number:  08mj1240

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

HECTOR FRANCISCO GALVAN-VELASQUEZ

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 4/25/2008 | /s/ Devin J. Burstein |
| Date | Signature |
| | Devin J. Burstein / Federal Defenders of SD         255389 |
| | Print Name                                                          Bar Number |
| | 225 Broadway, Suite 900 |
| | Address |
| | San Diego, CA  92101 |
| | City                       State                     Zip Code |
| | (619) 234-8467             (619) 687-2666 |
| | Phone Number                                               Fax Number |