UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,     ) | |
| ) | |
| Plaintiff,    ) | Case No. 08mj1240 |
| ) | |
| v.    ) | |
| ) | |
| HECTOR GALVAN-VELASQUEZ,    ) | |
| ) | |
| Defendant.    ) | |
| _____) | |

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of his information and belief, and that a copy of the foregoing Defendant's Notice of Appearance has been electronically served this day upon:

United States Attorney's Office
880 Front Street
San Diego, CA  92101


Dated:  April 25, 2008                    /s/ Devin J. Burstein
                                          DEVIN J. BURSTEIN
                                          Federal Defenders
                                          225 Broadway, Suite 900
                                          San Diego, CA 92101-5030
                                          (619) 234-8467  (tel)
                                          (619) 687-2666  (fax)
                                          devin_burstein@fd.org