1  **GREGORY T. MURPHY**
   California State Bar No. 245505
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: gregory_murphy@fd.org

5  Attorneys for Hector Francisco Galvan-Velasquez

6

7

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10                      **(HONORABLE JAN M. ADLER)**

11 | UNITED STATES OF AMERICA,      ) Case No. 08MJ1240
                                    )
12 |         Plaintiff,              )
                                    )
13 | v.                              ) **CERTIFICATE OF SERVICE**
                                    )
14 | HECTOR FRANCISCO GALVAN-VELASQUEZ,)
                                    )
15 |         Defendant.              )
   |_____ )
16

17        Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his

18 information and belief, and that a copy of the foregoing document has been served this day upon:

19                         U.S. Attorney CR
                           Efile.dkt.gc2@usdoj.gov
20

21                                     Respectfully submitted,

22

23 DATED:     May 7, 2008              /s/ Gregory T. Murphy
                                       **GREGORY T. MURPHY**
24                                     Federal Defenders of San Diego, Inc.
                                       Attorneys for Hector Francisco Galvan-Velasquez
25

26

27

28